Electronically Submitted
10/28/2019 8:21 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CL-19-5608-A**

**CAUSE NO. _____**

| | | |
|---|---|---|
| **DANIEL VASQUEZ AND ROCIO** | S | **IN THE COUNTY COURT** |
| **VASQUEZ AS NEXT FRIENDS** | S | |
| **OF D.K.V., A CHILD,** | S | |
| **Plaintiffs** | S | |
| | S | **AT LAW NUMBER _____** |
| **VS.** | S | |
| | S | |
| **IDEA PUBLIC SCHOOLS,** | S | |
| **Defendant** | S | **HIDALGO COUNTY, TEXAS** |

**PLAINTIFFS'  ORIGINAL  PETITION  AND REQUEST  FOR INJUNCTIVE RELIEF**

TO THE HONORABLE  JUDGE OF SAID COURT:

      COMES  NOW  DANIEL  VASQUEZ  and  ROCIO  VASQUEZ  AS  NEXT  FRIENDS  OF

D.K.V., A CHILD, Plaintiffs, complains of IDEA PUBLIC SCHOOLS, Defendant, and for cause of

action would respectfully show unto the Court  as follows:

1.

Plaintiffs assert that this case falls within level 2 of the discovery rules.

2.

Plaintiffs are natural persons - husband and wife - domiciled  in  Hidalgo  County,  Texas, and who

are the parents of D.K.V., a child.  Defendant IDEA PUBLIC SCHOOLS, is on information and

belief a corporation organized under the laws of the State of Texas domiciled and/or doing business

in Hidalgo County, Texas who may be  served with process  as  follows:

**IDEA PUBLIC SCHOOLS**
**By serving its Principal, Mayra Martinez**
**325 Kansas**
**Alamo,  Texas 78516.**

3.

Plaintiffs  are the parents of D.K.V., a disabled child who attends school at IDEA PUBLIC

SCHOOLS College Prep Alamo campus.  D.K.V. qualifies as a disabled

**Exhibit A**

Electronically Submitted
10/28/2019 8:21 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CL-19-5608-A**

child under Section 504 of the Rehabilitation Act of 1973.

4.

Plaintiffs and Defendants have had numerous discussion regarding the child. Plaintiffs recently learned that Defendant had no behavior improvement plan in place for the child since 2015.   Plaintiffs grew dissatisfied with Defendant and filed a due process appeal to the TEA.   See Exhibit 1.

5.

Defendant has scheduled an expulsion hearing for D.K.V. on October 28, 2019 at 4:30 p.m. See Exhibit 2.

6.

The Idea Public Schools Student And Parent Handbook states at page 56:

**Suspension/Expulsion Requirement**

A student with a disability shall not be removed from his or her current placement for disciplinary reasons and/or pending appeal to the Board of Directors for more than ten days without ARD Committee action to determine appropriate services in the interim and otherwise in accordance with applicable federal and state law.  ***If a special education due process appeal to a TEA special education hearing officer is made, the student with a disability shall remain in the then current education setting in place at the time such appeal is noticed to IPS, unless IPS and the student's parents agree otherwise.***

Idea Public Schools Student And Parent Handbook. page 56 [italicized boldface emphasis added].

7.

Defendant is attempting to wrongfully go forward with the expulsion hearing and wrongfully expel D.K.V. even though the Defendant's own rules provide that the student shall remain in the then current education setting in place at the time such appeal is noticed to IPS, meaning

**Exhibit A**

Electronically Submitted
10/28/2019 8:21 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CL-19-5608-A**

that the student shall NOT BE EXPELLED.

8.

The child's educational discipline history is unique, and no amount of money could compensate Plaintiffs and their child for the loss of due process and loss of reputation should the Defendant be allowed to go forward with the expulsion and expulsion hearing.

9.

Plaintiffs and their child will be irreparably harmed unless the Court intervenes to enjoin the expulsion hearing and expulsion of D.K.V. because the loss of due process and loss of reputation would leave Plaintiffs with damage to the child's educational discipline history and would be wrongful in that Defendant's own policies prohibit expulsion while a due process appeal is pending with the Texas Education Agency.

10.

The affidavit of DANIEL VASQUEZ, Plaintiff, is attached hereto as Exhibit 3 and is incorporated by reference as if set forth at length herein.

11.

Plaintiffs seek to restrain the Defendant from (1) conducting an expulsion hearing for D.K.V.; (2) taking any action to expel D.K.V. as a student at IDEA PUBLIC SCHOOLS or IDEA ALAMO COLLEGE PREP or any school owned or affiliated with IDEA PUBLIC SCHOOLS; (3) taking any action to remove D.K.V. from the current education setting in place when Defendant was notified of the due process appeal on or about October 25, 2019.

12.

Plaintiffs further seeks a declaratory judgment that Defendant is barred from conducting an expulsion hearing for D.K.V. or from expelling D.K.V. while the due process appeal to the Texas Education Agency is pending.

**Exhibit A**

Electronically Submitted
10/28/2019 8:21 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CL-19-5608-A**

13.

Plaintiffs pray that the pursuant to the Texas Declaratory Judgments Act, Plaintiffs be awarded their reasonable attorney's fees for pursuing the declaratory judgment action, with a contingent award in the event of appeal.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that:

1. A temporary restraining order be issued without notice to Defendant, restraining Defendant, its attorneys, trustees, substitute trustees, agents, servants, representatives, assignees, substitutes, and employees, from (1) conducting an expulsion hearing for D.K.V.; (2) taking any action to expel D.K.V. as a student at IDEA PUBLIC SCHOOLS or IDEA ALAMO COLLEGE PREP or any school owned or affiliated with IDEA PUBLIC SCHOOLS; (3) taking any action to remove D.K.V. from the current education setting in place when Defendant was notified of the due process appeal on or about October 25, 2019.

2. Defendant be cited to appear and show cause and that on such hearing, a temporary injunction be issued, enjoining Defendant, its attorneys, trustees, substitute trustees, agents, servants, representatives, assignees, substitutes, and employees, from (1) conducting an expulsion hearing for D.K.V.; (2) taking any action to expel D.K.V. as a student at IDEA PUBLIC SCHOOLS or IDEA ALAMO COLLEGE PREP or any school owned or affiliated with IDEA PUBLIC SCHOOLS; (3) taking any action to remove D.K.V. from the current education setting in place when Defendant was notified of the due process appeal on or about October 25, 2019.

3. A permanent injunction be ordered on final trial of this cause, enjoining Defendant, its attorneys, trustees, substitute trustees, agents, servants, representatives, assignees, substitutes, and employees, from (1) conducting an expulsion hearing for D.K.V.; (2) taking any action to expel D.K.V. as a

**Exhibit A**

Electronically Submitted
10/28/2019 8:21 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CL-19-5608-A**

student at IDEA PUBLIC SCHOOLS or IDEA ALAMO COLLEGE PREP or any school owned or affiliated with IDEA PUBLIC SCHOOLS; (3) taking any action to remove D.K.V. from the current education setting in place when Defendant was notified of the due process appeal on or about October 25, 2019.

4.  The court render a declaratory judgment under the Texas Declaratory Judgments Act that  Defendant is barred from conducting an expulsion hearing for D.K.V. or from expelling D.K.V. while the due process appeal to the Texas Education Agency is pending.

5.  Plaintiffs be awarded their reasonable attorney's fees under the Texas Declaratory Judgments Act, with a contingent  award  in the event of  appeal.

6.  Plaintiffs be awarded costs of court and post-judgment interest at the rate allowed by law on judgments.

7.  Such other  and further  relief,  at law or at equity, as to which  Plaintiffs  may  be justly entitled.

Respectfully  submitted,

/s/Kelly K.McKinnis
KELLY K. McKINNIS
Texas Bar No. 13725200
3423 W. Alberta Road
Edinburg  TX 78539
mckinnis22@yahoo.com
956.686.7039

**ATTORNEY FOR PLAINTIFFS**

**Exhibit A**

Electronically Submitted
10/28/2019 8:21 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CL-19-5608-A**

| | | |
|---|---|---|
| STATE OF TEXAS | S | VERIFICATION |
| | S | |
| HIDALGO COUNTY | S | |

BEFORE ME, the undersigned authority, on this day personally appeared DANIEL VASQUEZ, who upon being duly sworn upon oath, stated   as follows:

"My name is DANIEL VASQUEZ. I am over the age of eighteen years, and am otherwise competent to make this affidavit. I have personal knowledge  of all facts stated  herein. . I have personal knowledge  of all facts stated  herein.  All facts stated herein are true and correct.

"I have read the foregoing petition, and it is true and correct."

FURTHER THE AFFIANT SAYETH NOT.

DANIEL VASQUEZ, Affiant

SUBSCRIBED AND SWORN by the said DANIEL VASQUEZ, to certify which witness my hand and seal of office this 26 day of October, 2019.

Notary Public, State of Texas

NORMA PATRICIA McKINNIS
NOTARY PUBLIC
ID# 2967623
State of Texas
Comm. Exp. 12-10-2022

**Exhibit A**

Electronically Submitted
10/28/2019 8:21 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**EXHIBIT**

### CL-19-5608-A
## REQUEST FOR SPECIAL EDUCATION DUE PROCESS HEARING

The Individuals with Disabilities Education Act (IDEA) provides for due process hearings to resolve disputes relating to the identification, evaluation, or placement of a student with a disability or regarding the provision of a free appropriate public education. IDEA also requires that the Texas Education Agency develop a model form to assist parties in requesting special education due process hearings.

The attached form may be used to request a due process hearing. You may use it to satisfy IDEA's notice requirements, or you may submit any written request that includes the name and address of the child, the name of the child's school, a description of the problem(s) and relevant facts to be reviewed at hearing, and a proposed resolution to the problem(s). Please note that the asterisked (*) information is required. If the request does not include all of the asterisked (*) information, the other party may challenge the sufficiency of the request.

### This request is being filed by:

☑ Parent/Student
☐ School District or Other Local Education Agency (LEA)

Is this a request for an expedited due process hearing involving a special education disciplinary matter? ☑ Yes ☐ No

(A parent may request an expedited hearing **only** when the parent disagrees with a placement for disciplinary removals or with a manifestation determination. An LEA may request an expedited hearing **only** when the LEA believes that maintaining the current placement is substantially likely to result in injury to the student or to others).

### STUDENT INFORMATION

| | |
|---|---|
| *Name: | DKV |
| Date of Birth: | 03.30.03 |
| *Address: | 21762 Brushline Rd Edinburg, Tx 78542 |
| *Additional contact information if student is homeless: | |

### PARENT, GUARDIAN, OR SURROGATE PARENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Daniel & Rocio Vasquez | | |
| Address: | 21762 Brushline Rd  Edinburg, tx 78542 | | |
| Phone Number(s): | (home)512-268-1999 | (cell)956-400-9961 | (work)956-207-1015 |
| Email: | (optional)allpurposergv@gmail.com / dannyv65@outlook.com | | |

### SCHOOL INFORMATION

| | |
|---|---|
| School District: | Idea Public Schools |
| *Campus: | Alamo Early College |

### PERSON FILING THE REQUEST

| | |
|---|---|
| Name: | Daniel Vasquez |
| Relationship to Student: | ☑Parent ☐LEA ☐Self ☐Legal Guardian/ Surrogate Parent |

### ATTORNEY / ADVOCATE (IF APPLICABLE)

| | | | |
|---|---|---|---|
| Name: | Maria Cordero | | |
| Capacity: | ☐Attorney, Bar Number: | ☑Advocate | |
| Address: | | | |
| Phone: | (office)281-969-5944 | (cell)956-477-9526 | (fax) |
| Email: | mcorderoteam@gmail.com | | |

**Exhibit A**

Electronically Submitted
10/28/2019 8:21 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

CP-19-5608-A

**\*Description of the Problem(s) and Relevant Facts:** Describe the nature of the problem(s) relating to a proposed initiation or change of placement or provision of free appropriate public education. Include relevant dates, specific events, and/or persons involved. You may add additional pages if necessary.
████████ Enrolled to the IDEA PUBLIC SCHOOL on school year 2015-2016 . ████was diagnosed 2012 with ADHD type ADD ( ODD ) Special Learning Disability, ophthalmoplega of the left superior oblique & congenital nystagmus, Expressive language disorder, Attention or concentration deficit significant movement, Anxiety, chronic sinusitis disease with recurrent episodes of acute sinus disease, csf leaks and many more Health Impairment. The school did a re-evaluation dated 11/15/15 from there Licensed Specialist in School Psychology L.S.S.P Lic # 70770 Mara Wenzel M.A and shows she found & confermed he has ADHD with Health Impairment. ████████ has been having behavior problems since day one . My wife did attend all the ARD Commitee and asked what is been done in refence to his behavior problems in the school campus or classrooms and there was no respond in the meetings. We recived many call during the school year 2015-2016, 2017-2018 and present schoolyear, that he is miss behaving . My wife told me and i told her to tell the Special Ed teacher to modify the BIP and we do ower part at home. Oct 1 st my wife called me she reciva a call from the school that she needs to pick-up ████for the day. She go there and was told to speak to the Pricipel Martinez told her they are tired for ████ behavior for the past 5 years and if she does not withdraw him from school she can chose the the proess but there is a due proess and thet will not help he go to collage, she withdrew ████ and called me what she did. i called the Principel and she told me the same thing. We set up a meeting with Special Ed on Oct 11 th that has a due proess, she agreed and re-rolled ████ on 10/15/19. The modifestation ARD Commitee agreed that ████ behavior was not part of his disability. I told, he is ADHD ODD and he has a BIP and they told me there is no record for

**\*Description of Proposed Resolution:** Describe what you believe would be the complete remedy and resolution of the problem(s) to the extent that you know and have that information available to you. You may add additional pages if necessary.
I think this is a unique circumstances because the Idea Public School failed to provide services to my son and is confined to a room and he has Anxiety Disorder to and nothing is been adressed at this time to help ████
We need to have a ARD Committee Manifestation Determination on how we go about to start the 504 transition to implement a Functional Behavior Assesment ( FBA ), ( IEP ) Behavior Intervention Plan. Present progress reports toward his bahavior & set goals, instructional seating & length of time in the classroom.

## STATEMENT OF SERVICE

*You are required by law to send or deliver a copy of any request for due process hearing to the other party and to the Texas Education Agency. Remember to retain a copy for your records. Please indicate your compliance with this requirement by checking the appropriate box below.*

**I have provided a copy of this request to all the named parties and to the Texas Education Agency by:**

☒ First Class Mail

☒ Fax

☒ Hand Delivery (If other than requestor, name person who made service: _10/25/2019_____.)

Signature: 

Printed Name: Daniel Vaquez

**Mail or Fax** this request to the other party **and** to Texas Education Agency
1701 North Congress Ave
Austin, Texas 78701
Fax: 512-463-6027

ENTERED
16/25/19

**Exhibit A**

Electronically Submitted
10/28/2019 8:21 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

*POOR OF ADE PIECES*

*Hearing to Britney Sanchz*

**CL-19-5608-A**

# TEA
Texas Education Agency

1701 North Congress Avenue • Austin, Texas 78701-1494 • 512 463-9734 • 512 463-9838 FAX • tea.texas.gov

# DELIVERIES TO THE
# TEXAS EDUCATION AGENCY
## Visitors' Reception Desk

### RECEIVED

DATE:

ITEM RECEIVED:

RECEIVED
TEXAS EDUCATION AGENCY
2019 OCT 25 PM 2: 52
DOCUMENT CONTROL CENTER
GRANTS ADMINISTRATION

_____
(Signature)

_____
(Print Name)

## TEA Visitors' Reception Desk

## THANK YOU

_Division of Purchasing, Contracts and Agency Services_     _Telephone: 512-463-9041_

**Exhibit A**

Electronically Submitted
10/28/2019 8:21 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CL-19-5608-A**



EXHIBIT 2

Electronically Submitted
10/28/2019 8:21 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

CL-19-5608-A

# EXHIBIT 3

| | | |
|---|---|---|
| STATE OF TEXAS | S | |
| | S | AFFIDAVIT |
| COUNTY OF HIDALGO | S | |

BEFORE ME, the undersigned authority, on this day personally appeared DANIEL VASQUEZ, who upon being duly sworn upon oath, stated as follow

"My name is DANIEL VASQUEZ. I am over the age of eighteen years, have never been convicted of a felony, and am otherwise competent to make this affidavit. I have personal knowledge of all facts stated herein. All facts stated herein are true and correct.

"My spouse and I are the parents of D.K.V., a disabled child who attends school at IDEA PUBLIC SCHOOLS College Prep Alamo campus. D.K.V. qualifies as a disabled child under Section 504 of the Rehabilitation Act of 1973.

"I and Defendant IDEA PUBLIC SCHOOLS have had numerous discussion regarding the child. My wife and I recently learned that Defendant had no behavior improvement plan in place for the child Daniel Vasquez since 2015. My spouse and I grew dissatisfied with Defendant and filed a due process appeal to the TEA. A true copy is attached as Exhibit 1.

"Defendant IDEA PUBLIC SCHOOLS has scheduled an expulsion hearing for D.K.V. on October 28, 2019 at 4:30 p.m. A true copy is attached as Exhibit 2.

"The Idea Public Schools Student And Parent Handbook states at page 56:

**Suspension/Expulsion Requirement**

A student with a disability shall not be removed from his or her current placement for disciplinary reasons and/or pending appeal to the Board of Directors for more than ten days without ARD Committee action to determine appropriate services in the interim and otherwise in accordance

**Exhibit A**

Electronically Submitted
10/28/2019 8:21 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CL-19-5608-A**

with applicable federal and state law. *If a special education due process appeal to a TEA special education hearing officer is made, the student with a disability shall remain in the then current education setting in place at the time such appeal is noticed to IPS, unless IPS and the student's parents agree otherwise.*

Idea Public Schools Student And Parent Handbook. page 56 [italicized boldface emphasis added].

"Defendant is attempting to wrongfully go forward with the expulsion hearing and wrongfully expel D███ K. V████ even though the Defendant's own rules provide that the student shall remain in the then current education setting in place at the time such appeal is noticed to IPS, meaning that the student shall NOT BE EXPELLED.

"The child's educational discipline history is unique, and no amount of money could compensate my spouse and I and our child for the loss of due process and loss of reputation should the Defendant be allowed to go forward with the expulsion and expulsion hearing.

"My spouse, myself and our child will be irreparably harmed unless the Court intervenes to enjoin the expulsion hearing and expulsion of D███ K. V████ because the loss of due process and loss of reputation would leave us with damage to the child's educational discipline history and would be wrongful in that Defendant's own policies prohibit expulsion while a due process appeal is pending with the Texas Education Agency."

DANIEL VASQUEZ, Affiant

SUBSCRIBED AND SWORN by the said DANIEL VASQUEZ, to certify which witness my hand and seal of office this 2⌐ day of October, 2019.

Notary Public, State of Texas



**Exhibit A**

Electronically Submitted
10/28/2019 8:21 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

CL-19-5608-A

with applicable federal and state law. *If a special education due process appeal to a TEA special education hearing officer is made, the student with a disability shall remain in the then current education setting in place at the time such appeal is noticed to IPS, unless IPS and the student's parents agree otherwise.*

Idea Public Schools Student And Parent Handbook. page 56 [italicized boldface emphasis added].

"Defendant is attempting to wrongfully go forward with the expulsion hearing and wrongfully expel D███ K. V███████ even though the Defendant's own rules provide that the student shall remain in the then current education setting in place at the time such appeal is noticed to IPS, meaning that the student shall NOT BE EXPELLED.

"The child's educational discipline history is unique, and no amount of money could compensate my spouse and I and our child for the loss of due process and loss of reputation should the Defendant be allowed to go forward with the expulsion and expulsion hearing.

"My spouse, myself and our child will be irreparably harmed unless the Court intervenes to enjoin the expulsion hearing and expulsion of D███ K. V███████ because the loss of due process and loss of reputation would leave us with damage to the child's educational discipline history and would be wrongful in that Defendant's own policies prohibit expulsion while a due process appeal is pending with the Texas Education Agency."

DANIEL VASQUEZ, Affiant

SUBSCRIBED AND SWORN by the said DANIEL VASQUEZ, to certify which witness my hand and seal of office this 2 6 day of October, 2019.

Notary Public, State of Texas



NORMA PATRICIA McKINNIS
NOTARY PUBLIC
ID# 2667623
State of Texas
Comm. Exp. 12-10-2022

**Exhibit A**

Electronically Submitted
10/28/2019 11:54 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

**CAUSE NO. CL-19-5608-A**

| | | |
|---|---|---|
| **DANIEL VASQUEZ AND ROCIO** | § | **IN THE COUNTY COURT** |
| **VASQUEZ AS NEXT FRIENDS OF** | § | |
| **D. K. V., A CHILD,** | § | |
| **Plaintiffs** | § | |
| | § | **AT LAW NO. 1** |
| **VS.** | § | |
| | § | |
| **IDEA PUBLIC SCHOOLS,** | § | |
| **Defendant** | § | **HIDALGO COUNTY, TEXAS** |

**TEMPORARY RESTRAINING ORDER**

DANIEL VASQUEZ and ROCIO VASQUEZ AS NEXT FRIENDS OF D.K.V., A Child, Plaintiffs in this cause, have filed a verified petition for a temporary injunction and, in connection therewith, has presented a request for a temporary restraining order, as set forth in Plaintiffs' Original Petition And Request For Injunctive Relief.   It clearly appears from the facts set forth in Plaintiff's verified petition and affidavit of DANIEL VASQUEZ that unless IDEA PUBLIC SCHOOLS, Defendant, is immediately restrained from

**directly or indirectly**
  **(1) conducting an expulsion hearing for D.K.V., the Plaintiffs' child;**

  **(2) taking any action to expel D.K.V., the Plaintiffs' child, as a student at IDEA PUBLIC SCHOOLS or IDEA ALAMO COLLEGE PREP or any school owned or affiliated with IDEA PUBLIC SCHOOLS; and**

  **(3) taking any action to remove D.K.V., the Plaintiffs' child, from the current education setting in place when Defendant was notified of the due process appeal on or about October 25, 2019;**

said Defendant will commit or cause to be committed the foregoing acts before notice can be given and a hearing is had on Plaintiffs' request for a temporary injunction; and that if the

**1**

**Exhibit A**

Electronically Submitted
10/28/2019 11:54 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

commission of these acts is not restrained immediately, Plaintiffs will suffer irreparable injury in the loss of due process and loss of reputation would leave Plaintiffs with damage to the child's educational discipline history and would be wrongful in that Defendant's own policies prohibit expulsion while a due process appeal is pending with the Texas Education Agency.

IT IS THEREFORE ORDERED that IDEA PUBLIC SCHOOLS, Defendant in this cause, as well as its attorneys, representatives (including **Mayra Martinez**), trustees, agents, servants, representatives, assignees, substitutes, successors, and employees, be, and hereby are, commanded forthwith to desist and refrain from directly or indirectly

**directly or indirectly**
**(1) conducting an expulsion hearing for D.K.V., the Plaintiffs' child;**

**(2) taking any action to expel D.K.V., the Plaintiffs' child, as a student at IDEA PUBLIC SCHOOLS or IDEA ALAMO COLLEGE PREP or any school owned or affiliated with IDEA PUBLIC SCHOOLS; and**

**(3) taking any action to remove D.K.V., the Plaintiffs' child, from the current education setting in place when Defendant was notified of the due process appeal on or about October 25, 2019;**

from the date of entry of this order until and to the fourteenth day after entry or until further order of this Court.

IT IS FURTHER ORDERED that IDEA PUBLIC SCHOOLS, Defendant, appear before the Honorable RUDY GONZALEZ, Judge of the above-named Court, on the 6th day of November, 2019, at 9:00 o'clock a .m., in the courtroom of the County Court At Law Number 1 of Hidalgo County, Texas, located at 100 N. Closner, Edinburg, Texas 78539, then and there to show cause, if any there be, why a temporary injunction should not be issued as

2

**Exhibit A**

Electronically Submitted
10/28/2019 11:54 AM
Hidalgo County Clerk
Accepted by: Ester Espinoza

requested by Plaintiffs.   The clerk of this Court is hereby directed to issue a show cause notice to Defendant IDEA PUBLIC SCHOOLS, to appear at the temporary injunction hearing.

The clerk of the above-entitled Court shall forthwith, on the filing by Plaintiffs of the bond hereinafter required, and on approving the same according to the law, issue a temporary restraining order in conformity with the law and the terms of this order.

This order shall not be effective unless and until Plaintiffs execute and file with the clerk a bond, in conformity with the law, in the amount of ___One Hundred_____ dollars ($_100.00___).   IT IS FURTHER ORDERED that Plaintiffs may post the bond by filing Affidavits of Surety.

SIGNED this _28th_ day of October, 2019, at ___2:15____ o'clock __p__.m.

_____
**JUDGE PRESIDING**

cc:   Kelly K. McKinnis [ mckinnis22@yahoo.com ]

**Received from the Court**
10/28/2019 2:45 PM
On_____
Initials: _____OG_____

**Exhibit A**

Electronically Submitted
10/28/2019 2:59 PM
Hidalgo County Clerk
Accepted by: Oscar Gonzalez

CAUSE NO. __CL-19-5608-A__

| | | |
|---|---|---|
| **DANIEL VASQUEZ AND ROCIO VASQUEZ AS NEXT FRIENDS OF DKVS** | S | **IN THE COUNTY COURT** |
| **DKV. ,⬛⬛⬛⬛⬛⬛ A CHILD** | S | |
| | S | **AT LAW NUMBER _1_** |
| **VS.** | S | |
| | S | |
| **IDEA PUBLIC SCHOOLS** | S | **HIDALGO COUNTY, TEXAS** |

**BOND**

Whereas, in the above-numbered Cause pending in the above-specified County Court At Law of Hidalgo County, Texas, styled Daniel Vasquez et al. v. IDEA Public Schools, the Honorable Judge, did on the __28__ day of October, 2019, sign an order granting a temporary restraining order against IDEA PUBLIC SCHOOLS, its servants, agents, substitute trustees, and employees, and requiring DANIEL VASQUEZ and ROCIO VASQUEZ, Plaintiffs, to make, execute, and file a bond in the sum of ____**ONE HUNDRED DOLLARS ($100)**__, payable to the adverse party before the issuance of the writ of temporary restraining order; therefore:
Know all men by these presents, that we, the undersigned DANIEL VASQUEZ and ROCIO VASQUEZ, as principals, and __**MIRIAM CASTILLO and UVALDO HERNANDEZ-DE LA ROSA**__, as sureties, acknowledge Ourselves bound to pay IDEA PUBLIC SCHOOLS the sum of __**ONE HUNDRED DOLLARS ($100)**__, conditioned that DANIEL VASQUEZ and ROCIO ASQUEZ will abide by the decision that may be made in the aforesaid cause, and that they will pay all sums of money and costs that may be adjudged against them if the temporary restraining order issued on October 28, 2019, in the aforesaid cause, enjoining IDEA PUBLIC SCHOOLS, shall be dissolved in whole or in part.

WITNESS our hands this __28__ day of October, 2019.

PRINCIPALS:

_____
DANIEL VASQUEZ
Mailing address:
_21762 Brushline Rd_
_Edinburg Tx 78542_

_____
ROCIO VASQUEZ
Mailing Address:
_21762 Brushline Rd_
_Edinburg Tx 78542_

SURETIES:

_____
Name: __Miriam Castillo__
Mailing Address:
_415 N alamo rd_
_Edinburg Tx 78541_

**Exhibit A**

Electronically Submitted
10/28/2019 2:59 PM
Hidalgo County Clerk
Accepted by: Oscar Gonzalez

X _Uvaldo Hernandez_

Name: **Uvaldo Hernandez - De La Rosa**

Mailing Address:

_4150 Alamo Rd_

_Edinburg TX 78541_

APPROVED & FILED: October ___, 2019.

ARTURO GUAJARDO, JR.
Clerk of Court
County Courts At Law of Hidalgo County, Texas

By: _____
Deputy Clerk

**Exhibit A**

Electronically Submitted
10/28/2019 2:59 PM
Hidalgo County Clerk
Accepted by: Oscar Gonzalez

CAUSE NO. CL-19-5608-A

| | | |
|---|---|---|
| **DANIEL VASQUEZ AND ROCIO VASQUEZ AS NEXT FRIENDS OF ████████ A CHILD,** | S<br>S<br>S | **IN THE COUNTY COURT** |
| **Plaintiffs** | S<br>S<br>S | |
| **VS.** | S<br>S<br>S | **AT LAW NUMBER __1__** |
| **IDEA PUBLIC SCHOOLS,** | S<br>S | |
| **Defendant** | S | **HIDALGO COUNTY, TEXAS** |

D.K.V.,

## AFFIDAVIT OF SURETY

BEFORE ME, the undersigned authority, on this day personally appeared _Miriam Castillo_ who upon being duly sworn upon oath, deposed and stated as follows:

"My name is _Miriam Castillo_. I am over the age of 18 years and have never been convicted of a felony or declared mentally incompetent. I have personal knowledge of all facts stated herein. All facts stated herein are true and correct.

"I have agreed to serve as a surety for the Plaintiffs on the request for injunctive relief filed in the above-styled case.

"I have a net worth in excess of TWO THOUSAND FIVE  DOLLARS ($2,500.00), and I have assets in the State of Texas of a value in excess of $2,500.00 that are subject to execution."

FURTHER THE AFFIANT SAYETH NOT.

_____
Affiant

SUBSCRIBED AND SWORN to /before ~~by~~ the said _Elizabeth Borrego_, to certify which witness my hand and seal of office this **27** day of October, 2019.

_____
Notary Public, State of Texas

ELIZABETH BORREGO
NOTARY PUBLIC
STATE OF TEXAS
NOTARY ID. 1242560
EXPIRES 05-20-2022

-1-

**Exhibit A**

Electronically Submitted
10/28/2019 2:59 PM
Hidalgo County Clerk
Accepted by: Oscar Gonzalez

CAUSE NO. **CL-19-5608-A**

| | | |
|---|---|---|
| DANIEL VASQUEZ AND ROCIO VASQUEZ AS NEXT FRIENDS OF D.K.V. ~~A CHILD,~~ **Plaintiffs** | §<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT |
| **VS.** | §<br>§<br>§ | AT LAW NUMBER __1__ |
| **IDEA PUBLIC SCHOOLS,** **Defendant** | §<br>§ | HIDALGO COUNTY, TEXAS |

**D.K.V.**

## AFFIDAVIT OF SURETY

BEFORE ME, the undersigned authority, on this day personally appeared *Ubaldo Hernandez - De La Rosa* who upon being duly sworn upon oath, deposed and stated as follows:

"My name is *Ubaldo Hernandez - De La Rosa*. I am over the age of 18 years and have never been convicted of a felony or declared mentally incompetent. I have personal knowledge of all facts stated herein. All facts stated herein are true and correct.

"I have agreed to serve as a surety for the Plaintiffs on the request for injunctive relief filed in the above-styled case.

"I have a net worth in excess of TWO THOUSAND FIVE  DOLLARS ($2,500.00), and I have assets in the State of Texas of a value in excess of $2,500.00 that are subject to execution."

FURTHER THE AFFIANT SAYETH NOT.

*Uvaldo Hernandez*
Affiant

SUBSCRIBED AND SWORN to /before by the said *Elizabeth Borrego*, to certify which witness my hand and seal of office this 27 day of October, 2019.

*Elizabeth Borrego*
Notary Public, State of Texas



-1-

**Exhibit A**

**TEMPORARY RESTRAINING ORDER**

# THE STATE OF TEXAS

### CASE NO. CL-19-5608-A

TO:     IDEA PUBLIC SCHOOLS
         BY SERVING ITS PRINCIPAL MAYRA MARTINEZ
         325 KANSAS
         ALAMO TX  78516

      Whereas DANIEL VASQUEZ AND ROCIO VASQUEZ AS NEXT FRIENDS OF D.K.V., A CHILD filed a petition in the County Court at Law of Hidalgo County, Texas, on, the 28th day of October, 2019 in a suit numbered CL-19-5608-A on the docket of said Court, wherein DANIEL VASQUEZ AND ROCIO VASQUEZ AS NEXT FRIENDS OF D.K.V., A CHILD are Plaintiffs and IDEA PUBLIC SCHOOLS Defendant, alleging a cause of action and the action of the Judge thereon, all of which is more fully shown by a true and correct copy of PLAINTIFFS Petition and the Judge's fiat thereon which are attached hereto; and

      Whereas, the said PLAINTIFFS has executed and filed with the Clerk a Bond in the sum of $100.00 payable and conditioned as required by law and the order of the Judge;

      YOU ARE THEREFORE COMMANDED TO TAKE NOTICE OF SUCH PETITION, and to desist and refrain from

### *** PLEASE SEE ATTACHED CERTIFIED COPY OF DOCUMENTS ***

and obey and execute the order of the Judge until and pending the hearing of such petition in the Courtroom of this Court in Edinburg, Texas, on the 6th day of November, 2019 at 9:00 AM o'clock when and where you will appear to show cause why injunction should not be granted upon such petition effective until final decree in such suit.

      ISSUED this the 28th day of October, 2019

      WITNESS:  ARTURO GUAJARDO, JR. of the County Court at Law of Hidalgo County, Texas,

      Given under my hand and seat of office, at Edinburg, Texas, this the 28th day of October, 2019.

Deputy

                  ATTEST: ARTURO GUAJARDO, JR.
                  COUNTY CLERK, HIDALGO COUNTY, TEXAS
                  100 N CLOSNER
                  EDINBURG, TEXAS 78539
                  COUNTY COURT AT LAW #1

Taxed   _____           By: _____ Deputy
                               OSCAR GONZALEZ

Return Recorded _____

**Exhibit A**

# SHERIFF'S RETURN

Came to hand the _____ day of _____, 20 ___, at _____ o'clock ___ .M., and executed the _____ day of _____, 20 ___, at _____ o'clock, ___ .M., by delivering to the within named Defendant _____ at _____ in _____ County, Texas, in person, a true copy of this Writ of Temporary Restraining Order and Notice, and the accompanying copy of Plaintiff's Petition.

Fees - -       $ _____          J. E. "Eddie" Guerra, Hidalgo County Sheriff

Mileage -        _____

Total - -       $ _____          By: _____, Deputy

**WRIT OF TEMPORARY RESTRAINING ORDER AND NOTICE**

Exhibit A

## CAUSE NO. CL-19-5608-A

THE STATE OF TEXAS
COUNTY OF HIDALGO

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition a default judgment may be taken against you."

To:    IDEA PUBLIC SCHOOLS
BY SERVING ITS PRINCIPAL MAYRA MARTINEZ
325 KANSAS
ALAMO TX 78516

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M. on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #1 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539.

Said Plaintiff's Petition was filed in said Court, on the 28th day of October, 2019 in this Cause Numbered CL-19-5608-A on the docket of said Court, and styled,

**DANIEL VASQUEZ; ROCIO VASQUEZ AS NEXT FRIENDS OF D.K.V., A CHILD**
**vs.**
**IDEA PUBLIC SCHOOLS**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition And Re Uest For Injunctive Relief accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
KELLY K MCKINNIS
3423 W ALBERTA ROAD
EDINBURG TX 78539

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 28th day of October, 2019.

ARTURO GUAJARDO, JR.
COUNTY CLERK, HIDALGO COUNTY, TEXAS
100 N. CLOSNER
EDINBURG, TEXAS 78539
COUNTY COURT AT LAW #1

BY _____ DEPUTY
OSCAR GONZALEZ

**Exhibit A**

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN
Came to hand on the _28_ day of _October_, 20 _19_, at _3:15_ o'clock _P.M._
M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit:

NAME _Idea Public School_ DATE _10/28/19_ TIME _4:35_ PLACE _325 Kansas_

_Agent Mayra Martinez_ _Alamo_

By: _____     By: _____
CIVIL PROCESS SERVER                    DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**
Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

NAME _____ DATE _____ TIME _____ PLACE _____

By: _____     By: _____
CIVIL PROCESS SERVER                    DEPUTY SHERIFF/CONSTABLE

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF,
CONSTABLE OR CLERK OF THE COURT**

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _Frank Prado_, my date of birth is _1/8/44_ and my address is
_P.O. Box 2306 San Juan TX._ I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _Hidalgo_ County, state of Texas, on the _28_ day of _October_, 20_19_.

_____
DECLARANT

_9 30 21-7317_

If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number

**Exhibit A**

TEMPORARY RESTRAINING ORDER

# THE STATE OF TEXAS

CASE NO. CL-19-5608-A



TO:  IDEA PUBLIC SCHOOLS
BY SERVING ITS PRINCIPAL MAYRA MARTINEZ
325 KANSAS
ALAMO TX 78516

Whereas DANIEL VASQUEZ AND ROCIO VASQUEZ AS NEXT FRIENDS OF D.K.V., A CHILD filed a petition in the County Court at Law of Hidalgo County, Texas, on, the 28th day of October, 2019 in a suit numbered CL-19-5608-A on the docket of said Court, wherein DANIEL VASQUEZ AND ROCIO VASQUEZ AS NEXT FRIENDS OF D.K.V., A CHILD are Plaintiffs and IDEA PUBLIC SCHOOLS Defendant, alleging a cause of action and the action of the Judge thereon, all of which is more fully shown by a true and correct copy of PLAINTIFFS Petition and the Judge's fiat thereon which are attached hereto; and

Whereas, the said PLAINTIFFS has executed and filed with the Clerk a Bond in the sum of $100.00 payable and conditioned as required by law and the order of the Judge;

YOU ARE THEREFORE COMMANDED TO TAKE NOTICE OF SUCH PETITION, and to desist and refrain from

### *** PLEASE SEE ATTACHED CERTIFIED COPY OF DOCUMENTS ***

and obey and execute the order of the Judge until and pending the hearing of such petition in the Courtroom of this Court in Edinburg, Texas, on the 6th day of November, 2019 at 9:00 AM o'clock when and where you will appear to show cause why injunction should not be granted upon such petition effective until final decree in such suit.

ISSUED this the 28th day of October, 2019

WITNESS: ARTURO GUAJARDO, JR. of the County Court at Law of Hidalgo County, Texas,

Given under my hand and seat of office, at Edinburg, Texas, this the 28th day of October, 2019.

Deputy



ATTEST: ARTURO GUAJARDO, JR.
COUNTY CLERK, HIDALGO COUNTY, TEXAS
100 N CLOSNER
EDINBURG, TEXAS 78539
COUNTY COURT AT LAW #1

Taxed _____

Return Recorded _____

By: _____ Deputy
OSCAR GONZALEZ

**Exhibit A**

# SHERIFF'S RETURN

Came to hand the _28_ day of _October_, 20_19_, at _3:15_ o'clock _P_.M., and executed the _28_ day of _October_, 20_19_, at _4:15_ o'clock, _P_.M., by delivering to the within named Defendant _Idea Public school Agent - Mayra Martinez_ at _325 Kansas Alamo_ in _Hidalgo_ County, Texas, in person, a true copy of this Writ of Temporary Restraining Order and Notice, and the accompanying copy of Plaintiff's Petition.

Fees - -    $ _____

Mileage -    _____

Total - -    $ _____

J. E. "Eddie" Guerra, Hidalgo County Sheriff

By: _____, Deputy

WRIT OF TEMPORARY RESTRAINING ORDER AND NOTICE

**Exhibit A**